UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SSC ACQUISTION CORP.

VERSUS

DAVID R. RATCLIFF, ET AL.

CIVIL ACTION

NO. 04-421-JJB

**O R D E R**

At request of counsel;

The status conference set for TUESDAY, June 3, 2008, **at 10:30 a.m**. is hereby moved back until **2:00 p.m.** that afternoon. Counsel electing to participate by telephone shall contact chambers (389-4030) prior to the conference.

Baton Rouge, Louisiana, May 30, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA